ACCEPTED
14-14-00865-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/2/2015 12:41:35 PM
CHRISTOPHER PRINE
CLERK

**CASE NO. 14-14-00865-CV**

_____

IN THE

FOURTEENTH COURT OF APPEALS

AT HOUSTON, TEXAS

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/2/2015 12:41:35 PM
CHRISTOPHER A. PRINE
Clerk

CORESLAB STRUCTURES (TEXAS) INC., *Appellant*

V.

SCOTTSDALE INSURANCE COMPANY, *Appellee*

_____

On Appeal from the 55th Judicial District Court of Harris County, Texas
Cause No. 2010-55665A, the Hon. Jeff Shadwick, Presiding

_____

**UNOPPOSED MOTION TO REINSTATE**

_____

Chester J. Makowski
Texas State Bar No. 12852950
Email: makowski@pkmtexas.com
Attorney-in-Charge

C. Scott Kinzel
State Bar No. 00785499
Email: kinzel@pkmtexas.com

PLAVNICKY KINZEL & MAKOWSKI LLP
5300 Memorial Drive, Suite 675
Houston, Texas  77007
Telephone:  713- 658-1111
Facsimile:  713- 658-8253

**ATTORNEYS FOR APPELLANT
CORESLAB STRUCTURES (TEXAS) INC.**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

By an order dated August 27, 2015, this Court abated the appeal "so that the trial court may clarify whether the summary judgment is final." Order of August 27, 2015, p. 3.

On September 4, 2015, Judge Jeff Shadwick signed his order of clarification.

On October 1, 2015, the supplemental record was filed with the Court of Appeals.

Therefore, in accordance with this Court's order of August 27, 2015, Coreslab moves that the case be reinstated.

The undersigned has conferred with counsel for the Appellee, Robert Dubose, who indicated that he is not opposed to this motion.

Respectfully submitted,

*/s/ Chester J. Makowski*
Chester J. Makowski
Texas State Bar No. 12852950
Email: makowski@pkmtexas.com
Attorney-in-Charge

C. Scott Kinzel
State Bar No. 00785499
Email: kinzel@pkmtexas.com

PLAVNICKY KINZEL & MAKOWSKI LLP
5300 Memorial Drive, Suite 675
Houston, Texas 77007
Telephone: 713-658-1111
Facsimile: 713-658-8253

**ATTORNEYS FOR APPELLANT CORESLAB STRUCTURES (TEXAS) INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2015 a true and correct copy of the foregoing was forwarded to counsel of record using the eFileTexas.gov electronic filing system, which will send notification of filing to:

Mr. Robert Dubose
ALEXANDER, DUBOSE & TOWNSEND, LLP
1844 Harvard Street
Houston, Texas  77008

Ms. Peri Alkas
PHELPS & DUNBAR, LLP
One Allen Center
500 Dallas Street, Suite 1300
Houston, Texas  77002

*/s/ Chester J. Makowski*
**OF PLAVNICKY KINZEL & MAKOWSKI LLP**